UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| JESSE OTT | : | Case No. 2:09cv128 |
| | : | |
| Plaintiff, | : | Judge Bunning |
| | : | |
| v. | : | |
| | : | |
| EMBASSY SUITES RIVERCENTER, et al. | : | **JOINT STIPULATION OF DISMISSAL** |
| | : | **OF DEPENDENTS EMBASSY SUITES** |
| Defendants. | : | **RIVERCENTER AND HILTON** |
| | : | **HILTON HOTELS CORPORATION** |
| | : | **WITHOUT PREJUDICE** |

The parties stipulate that Defendants Embassy Suites Rivercenter and Hilton Hotels Corporation are dismissed from this action without prejudice pending further discovery into the employment relationship, if any, between Plaintiff and Embassy Suites Rivercenter and Hilton Hotels Corporation. A proposed Entry is filed contemporaneously.


Respectfully submitted,


/s/ Brooks D. Kubik                         /s/ Tod J. Thompson
Brooks D. Kubik                             Tod J. Thompson (Pro Hac Vice)
Demetrius O. Holloway                       Randolph H. Freking (0009158)
Trial Attorneys for Defendants              Trial Attorneys for Plaintiff
STITES & HARBISON, PLLC.                    Freking & Betz
400 West Market Street, Suite 1800          525 Vine Street, Sixth Fl.
Louisville, KY  40202-3352                  Cincinnati, Ohio  45202
Phone:  502-587-3400                        Phone:  (513) 721-1975/Fax:  (513) 651-2570
*bkubik@stites.com*                         *tthompson@frekingandbetz.com*
*dholloway@stites.com*                      *randy@frekingandbetz.com*