UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED
MAR 14 2011
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 09-128-DLB

JESSE OTT                                                                                      PLAINTIFF

V.

AIMBRIDGE HOSPITALITY, LP. LTD.
AIMBRIDGE EMPLOYEE SERVICE CORP.                                     DEFENDANTS

## AGREED ORDER OF DISMISSAL

A settlement conference was held on March 11, 2011 before Magistrate Judge J. Gregory Wehrman with the following appearances: Jesse Ott, plaintiff, along with Tod J. Thompson, his attorney; Lee Palaschak on behalf of defendants Aimbridge Hospitality LP. LTD and Aimbridge Employee Service Corp., along with Demetrius O. Holloway, its attorney. The parties have advised the Court that all matters in controversy have been amicably resolved, accordingly;

**IT IS ORDERED AND ADJUDGED** that the complaint be dismissed with prejudice, each party to pay their own costs.

This 11th day of March, 2011.

Signed By:
David L. Bunning
United States District Judge

DAVID L. BUNNING, JUDGE

1

HAVE SEEN AND APPROVED:

_____
JESSE OTT, Plaintiff

_____
TOD J. THOMPSON, Attorney for Plaintiff

_____
DEMETRIUS O. HOLLOWAY, Attorney for Defendants